# CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2014CR5685A

THE STATE OF TEXAS

VS

ANGEL H LONGORIA

IN THE 175TH DISTRICT COURT
FILED IN
OF 4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/30/BEXAR COUNTY, TEXAS

KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 04-17-2015 _____

3. The Honorable MARY ROMAN _____ presided at the trial___.

4. The above named defendant was convicted_____ of the offense(s) of AGGRAVATED ROBBERY ____
   as a (Ropeater)(Habitual)

5. State's appeal attorney: NICHOLAS LAHOOD_____ 300 Dolorosa, Suite 4025, Bexar County Justice
   Center, San Antonio, Texas,78205 (210)335-2413   SBN: 24030360_____

6. Trial_____ Attorney(s): ANTHONY B CANTRELL _____

   (Retained)(Appointed) Appeals attorney: RICHARD B DULANY JR_____
   Address & Phone No: 101 W NUEVA ST 310 SAN ANTONIO, TX, 78205- (210)335-0701   SBN: 6196400

   Defendant Pro-Se__Yes X No
7. The trial held was:___Trial before the Court          ___Jury trial on guilt only
   ___Jury trial on punishment only          ___Jury trial guilt and punishment
   _X_Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   ___Pretrial motion heard prior to plea    ___Open/non negotiated plea of guilty/nolo contender
   ___Motion to enter adjudication of guilt   ___Motion to revoke community supervision
   ___Other_____

8. The sentence was (imposed  ) on:04-01-2015 for a period of:yrs:020 mths:00 _____
   and a fine of $ _____

9. Defendant is presently in:X_ BCADC ___ TDCJID. Defendant is on __** RWOB **_____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: MONICA CRAWFORD (4.1.2015)____
    300 DOLOROSA SAN ANTONIO TEXAS 78205 _____

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's
    & cause number) _____

WITNESS MY HAND THIS THE 27th DAY OF April _____, 2015 ___  4.27.15

COURT REPORTER(S): Monica crawford _____ Date:_____
                                                   Date:_____
KEITH E. HOTTLE, CLERK

BY:_____ Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY:_____

HEATHER D. RAMIREZ _____ ,DEPUTY

(jsdca)



No. 2014-CR-5685A

| | |
|---|---|
| STATE OF TEXAS | IN THE DISTRICT COURT |
| v. | 175th JUDICIAL DISTRICT |
| ANGEL LONGORIA | BEXAR COUNTY, TEXAS |

### ORDER APPOINTING APPELLATE COUNSEL

The Court, in accordance with Article 26.04(f) or 26.052, Code of Criminal Procedure, hereby appoints **RICHARD B. DULANY, JR.**, Interim Chief Public Defender (SBN 06196400), to represent <u>Angel Longoria</u>, an indigent defendant, in the above-styled and numbered cause.

Such representation shall continue until the appeal in this cause is exhausted or until relieved by the court or replaced by other counsel.

The Clerk of the Court shall notify the Bexar County Public Defender's Office via fax, at (210) 335-0707, or by hand delivery of the Order to the designated box at the Fourth Court of Appeals of Texas.

SIGNED April 23, 2015

_____
JUDGE PRESIDING

**REMINDER:** Please contact the Bexar County Public Defender's Office at 335-0701 or vmcdonald@bexar.org before making this appointment to verify that the office is presently accepting new appellate cases.

Updated 9/23/2014

## NO. 2014CR5685A

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| vs. | § | 175TH JUDICAL DISTRICT |
| | § | |
| ANGEL H. LONGORIA | § | BEXAR COUNTY, TEXAS |

### DEFENDANT'S PRO SE NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes ANGEL H. LONGORIA, Defendant in the above entitled and numbered

cause in open Court and gives this his written notice of appeal to the Court of Appeals of the

State of Texas from the judgment of Conviction herein rendered against him.

Respectfully submitted:

_____
ANGELA H. LONGORIA
Defendant

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing Defendant's Notice of Appeal

has been served upon the following via hand delivery on this the ___17___ day of April, 2015:

Bexar County District Attorney's Office
Cadena Reeves Justice Center
300 Dolrosa Street
San Antonio, Texas 78205

_Angel H. Longoria_
ANGEL H. LONGORIA



No. _2014 CR - 5658 A_

| The State of Texas | § | In the _175_ District Court |
|---|---|---|
| vs. | § | of |
| _Angel H Longoria_ | § | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal; (or)

☒    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐    is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐    is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐    is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☐    is one in which the defendant has waived the right of appeal.

_____
**JUDGE**

_4/1/15_
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

_____
**DEFENDANT**

Mailing address: _Bexar County Jail_
Telephone number: _____

Fax number if any: _____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
ATTORNEY FOR DEFENDANT

Bar number: _03763180_
Mailing address: _____

Telephone: _____
Fax: _____

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).

No. __2014 CR-5658 A__



| The State of Texas | § | In the __175__ District Court |
| vs. | § | of |
| __Angel H Longoria__ | § | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal; (or)

☒    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐    is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐    is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐    is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☐    is one in which the defendant has waived the right of appeal.

_____
**JUDGE**

_____4/1/15_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**DEFENDANT**

Mailing address: __Bexar County Jail__

Telephone number:_____

Fax number if any:_____

_____
**ATTORNEY FOR DEFENDANT**

Bar number:__03763180__

Mailing address:_____

_____

Telephone:_____

Fax:_____

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).